FILED IN
COURT OF CRIMINAL APPEALS

JANUARY 16, 2015

ABEL ACOSTA, CLERK

PD-1379-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/9/2015 7:44:44 AM
Accepted 1/16/2015 12:11:15 PM
ABEL ACOSTA
CLERK

**NO. PD-1379-14**

IN THE TEXAS COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

---

SAMUEL AGUILAR

Petitioner,

v.

THE STATE OF TEXAS

---

**STATE'S NOTICE DESIGNATING CO-COUNSEL**

---

TO THE HONORABLE THIRTEENTH COURT OF APPEALS:

The State of Texas designates Robinson C. Ramsey, Trinity Plaza II, Suite 900, 745 E. Mulberry, San Antonio, Texas 78212, telephone number (210) 736-6600, fax number (210) 735-6889, State Bar of Texas No. 16523700, as co-counsel for the State in this case.

Respectfully submitted,

STEVEN E. REIS
State Bar No. 16757960
Matagorda County Courthouse
Third Floor
Bay City, Texas 77414
Telephone: (979) 244-7657
Telecopier: (979) 245-9409

/s/Robinson C. Ramsey
ROBINSON C. RAMSEY
State Bar No. 16523700
Trinity Plaza II, Suite 900
745 E. Mulberry
San Antonio, Texas 78212
Telephone:  (210) 736-6600
Telecopier:  (210) 735-6889

ATTORNEYS FOR THE STATE OF TEXAS

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was deposited in an official depository of the United States Postal Service, properly addressed to:

Samuel Aguilar
Coffield Unit - TDC #1631736
2661 FM 2054
Tennessee Colony, Texas 75884

Lisa McMinn
State Prosecuting Attorney
Email: information@spa.texas.gov
P.O. Box 13046
Austin, Texas 78711–3046

on January 9, 2015.

/s/Robinson C. Ramsey
ROBINSON C. RAMSEY